UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>        Plaintiff,<br><br>        v.<br><br>TONY GUNDOGDU, et al.,<br><br>        Defendants. | Case No. 22-cv-00134-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket Nos. 14, 16 |

On February 25, 2022, and March 11, 2022, the Clerk of Court entered default against the two Defendants named in this action. (Dkt. Nos. 14, 16.) Counsel for Plaintiff Candice Clipper filed a notice of appearance on March 30, 2022. (Dkt. No. 17.) Plaintiff has taken no action since that date, allowing his case to languish on the Court's docket for 96 days.

The Court notes that it has repeatedly issued Orders to Show Cause to Plaintiff's Counsel's law firm, Center for Disability Access, based on Counsel's failure to diligently prosecute. The Court has also repeatedly sanctioned attorneys at the Center for Disability Access and referred two individual attorneys with the Center for Disability Access to the Northern District of California's Standing Committee on Professional Conduct.

Despite repeated apologies and promises to calendar deadlines, the Court notes that attorneys with the Center for Disability Access continue to fail to diligently prosecute their cases. The Court has a full case load and does not have the time to manage this case for Plaintiff. It is Plaintiff's Counsel's responsibility to proceed diligently.

Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than July 13, 2022, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Additionally, Plaintiff is admonished that, if he fails to file a response to this Order to Show Cause by July 13, 2022, the Court will reassign this matter and

issue a report and recommendation that this matter be dismissed for failure to prosecute.

**IT IS SO ORDERED**.

Dated: July 6, 2022


_____
SALLIE KIM
United States Magistrate Judge